IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TOMAS SILVA**                                                                    **PETITIONER**

V.                                           **CIVIL ACTION NO. 3:21-cv-267 HTW-LGI**

**WARDER STEVEN REISER**                                         **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge LaKeysha Greer Isaac [Docket no. 11], which was entered on June 7, 2022. Plaintiff did not file any objection to the Magistrate Judge's Report and Recommendation.

Plaintiff was released from custody on February 24, 2022 and has not provided to the court a current address; nor has petitioner communicated with the court since requesting an extension of time to file his Reply to Respondent's Response to the Petition.

After examining the record evidence and the relevant law in this case, the Magistrate Judge recommended that this cause of action should be dismissed without prejudice, for failure to demonstrate a continuing injury since his release, and his failure to maintain a current address with the Clerk of Court.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 11]** should be and hereby are **adopted** as this Court's own. Accordingly, this court dismisses this lawsuit without prejudice. A separate Final Judgment will issue on this date.

**SO ORDERED AND ADJUDGED** this the 28th day of June, 2022.

                                                      s/ HENRY T. WINGATE
                                                      UNITED STATES DISTRICT JUDGE